UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENTERPRISE FINANCIAL GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:16-CV-3467-G |
| INTEGRITY PROTECTION GROUP, LLC, ET AL., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The plaintiff commenced this action on December 20, 2016 and filed an amended complaint on March 30, 2017. Over 90 days have passed since the plaintiff filed its original complaint. Plaintiff shall serve defendants or show good cause as to why they have not done so no later than **April 12, 2017**.

**SO ORDERED**.

March 22, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**